[S. F. No. 10677. In Bank.—May 18, 1923.]

## CLIFFORD A. RUSSELL, Petitioner, v. THE SUPERIOR COURT et al., Respondents.

[1] CONTEMPT—THREATENING GRAND JUROR—INSUFFICIENT COMPLAINT. A complaint charging a person with contempt in threatening a grand juror with a prosecution for perjury in swearing out a search-warrant for intoxicating liquor fails to state an offense where the proceeding for the search-warrant was instituted by the grand juror as a citizen, and not by virtue of his powers and duties as a grand juror.

WRIT of prohibition to prevent trial of petitioner on a charge of threatening a grand juror. Writ granted.

The facts are stated in the opinion of the court.

J. R. Hughes, Markham Johnson and O. F. Meldon for Petitioner.

Ben P. Tabor for Respondents.

THE COURT.—The writ of prohibition was ordered issued from the bench for the reason that the complaint charging the petitioner with contempt failed to state an offense.

[1] The petitioner was charged with threatening a grand juror with a prosecution for perjury in swearing out a search-warrant for intoxicating liquor. It is conceded that the proceeding for a search-warrant was instituted by the grand juror as a citizen, and not by virtue of his

powers and duties as a grand juror, and for this reason petitioner's threat was not an interference with a grand juror, as such.

Writ of prohibition ordered issued.

All the Justices concurred.